UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

PATRICIA VERONESE,

                                  Plaintiff,

    **-v.-**

                                  Civil Action No.
                                  1:11-cv-1243 (GLS/RFT)

AMANDA MALLOY; and PHILLIS ADLER,

                                  Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

PATRICIA VERONESE
Plaintiff, *Pro Se*
88 Remsen Street
Apt. 3
Cohoes, New York 12047


GARY L. SHARPE,
DISTRICT COURT JUDGE


# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Randolph F. Treece, duly filed

October 21, 2011. Following ten days from the service thereof, the Clerk

has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed October 21, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the entire complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted; and it is further

ORDERED, that the Clerk of the Court is directed to serve a copy of this order upon the plaintiff by regular and certified mail.

IT IS SO ORDERED

Dated:   December 1, 2011
         Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge